UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| HEATHER DOZIER, | ) | |
| | ) | |
|       PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:13-CV-208-DBH |
| | ) | |
| NEW BALANCE ATHLETIC SHOE, INC., | ) | |
| | ) | |
|       DEFENDANT | ) | |

**REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56**

A Local Rule 56 pre-filing conference was held on March 20, 2014.

The plaintiff's complaint asserts violations of the Maine Human Rights Act for hostile sexual work environment, retaliation (failure to promote and unlawful termination) and disability discrimination, 5 M.R.S.A. § 4572. The defendant will move for summary judgment on the legal questions whether the plaintiff exhausted her administrative remedies for her unlawful termination claim (Count II) and for her claim of failure to accommodate her disability (Count III). It appears that under Maine law, a back pay remedy may be available regardless of failure to exhaust. The parties agreed that the summary judgment materials will be limited, consisting mostly of the complaint in this case, the administrative complaint to the Maine Human Rights Commission, and the Commission's decision.

The following deadlines and page limits were established by agreement:

    By April 4, 2014, the defendant will file its motion for summary judgment.

By April 28, 2014, the plaintiff will respond to the motion for summary judgment.

By May 8, 2014, the defendant will file its reply.

**SO ORDERED.**

**DATED THIS 24TH DAY OF MARCH, 2014**

D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**
